# EXHIBIT A

(TO PLAINTIFF'S ATTORNEY:   PLEASE CIRCLE TYPE OF ACTION INVOLVED:
                           TORT - MOTOR VEHICLE TORT - CONTRACT -
                           EQUITABLE RELIEF - OTHER)

## COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.                                SUPERIOR COURT
                                            CIVIL ACTION
                                            NO. 13  00C21

MARY JOYCE FEENEY _____, *Plaintiff(s)*

v.

TARGET CORPORATION _____, *Defendant(s)*

### SUMMONS

To the above-named Defendant:

You are hereby summoned and required to serve upon __Charles D. Mulcahy, Esquire__
plaintiff's attorney, whose address is __WYNN & WYNN, P.C., 90 New State Highway, Raynham__, MA 02767
an answer to the complaint which is herewith served upon you, within 20 days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You are also required to file your answer to the
complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's
attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim
which you may have against the plaintiff which arises out of the transaction or occurrence that is the
subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other
action.

WITNESS,   **BARBARA J. ROUSE, Esquire** , at __Raynham__ the __26th__

day of ___June___, in the year of our Lord two thousand and __thirteen__

_____ *Clerk.*

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption.
   If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

F-33                          A true copy Attest:
                             7/2/13
                             Deputy Sheriff Suffolk County

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, SS.                              SUPERIOR COURT DEPARTMENT
                                         CIVIL ACTION NO:


MARY JOYCE FEENEY                         )
      Plaintiff                          )
                                         )
V.                                       )
                                         )
TARGET CORPORATION,                      )
      Defendant                          )
                                         )


## COMPLAINT AND DEMAND FOR JURY TRIAL


1.   The Plaintiff, Mary Joyce Feeney, is an individual who is a resident of 2001 Marina Drive,
     #613, Quincy, Norfolk County, Massachusetts.

2.   The Defendant, Target Corporation, is a corporation organized under the laws of the State
     of Minnesota, and has a place of business at Boston South Bay Shopping Center, 7 Allstate
     Road, Dorchester, Suffolk County, Massachusetts.

3.   At all times material hereto the Defendant, Target Corporation, was the owner and/or in
     possession of the premises located at Boston South Bay Shopping Center, 7 Allstate Road,
     Dorchester, Suffolk County, Massachusetts.

4.   On or about August 25, 2010, the Plaintiff, Mary Joyce Feeney, was lawfully on the premises
     of the Defendant, located at Boston South Bay Shopping Center, 7 Allstate Road, Dorchester,
     Suffolk County, Massachusetts and at all times material herein was in the exercise of due
     care.

5.   On or about August 25, 2010, the Defendant owed a duty of care to the Plaintiff and as such
     had a legal obligation to keep the premises in a safe, hazard-free condition.

6.   On or about August 25, 2010, the Defendant breached its duty of care when it negligently and
     carelessly allowed the premises to remain in a defective and slippery condition. The
     Defendant knew or had reason to know of said condition yet failed and neglected to maintain
     and correct this condition. Furthermore, the Defendant failed and neglected to inspect and/or
     warn of said condition.

7.  As a direct and proximate cause of the Defendant's negligence, the Plaintiff was caused to slip and fall and sustained severe personal injuries, suffered great pain of body and anguish of mind, was obliged to expend money for medical care and was prevented from carrying out her usual activities.

WHEREFORE, the Plaintiff, Mary Joyce Feeney, demands judgment against the Defendant, Target Corporation, for the sum sufficient and proper to compensate her for her losses plus costs, interests, and expenses of this action.

### THE PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY

Respectfully submitted,
Plaintiff,
Mary Joyce Feeney
By her attorneys
WYNN & WYNN, P.C.

Charles D. Mulcahy
90 New State Highway
Raynham, MA  02767
(508) 823-4567
BBO#: 359360

| CIVIL ACTION COVER SHEET | Trial Court of Massachusetts SUPERIOR COURT DEPARTMENT County: Barnstable | Docket Number: |
|---|---|---|

| PLAINTIFF(S)   Mary Joyce Feeney | DEFENDANT(S)   Target Corporation |
|---|---|

| ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE | ATTORNEY (if known) |
|---|---|
| Charles D. Mulcahy, WYNN & WYNN, P.C. 90 New State Highway, Raynham, MA  02767 (508) 823-4567 Board of Bar Overseers Number    359360 | |

### Origin code and track designation

Place an x in one box only:
- ☐ 1.  F01 Original Complaint
- ☐ 2.  F02 Removal to Sup. Ct. C. 231, s. 104 (Before trial)   (F)
- ☐ 3.  F03 Retransfer to Sup. Ct. C. 231, s. 102C   (X)
- ☐ 4.  F04 District Court Appeal c. 231, s. 97 & 104 (After trial)   (X)
- ☐ 5.  F05 Reactivated after rescript; relief from judgment/ Order (Mass. R. Civ. P. 60)   (X)
- ☐ 6.  E10 Summary Process Appeal   (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

| CODE NO. | TYPE OF ACTION (specify) | TRACK | IS THIS A JURY CASE? |
|---|---|---|---|
| B20 | Personal Injury - Slip & Fall | ( F ) | ( X ) Yes   (  ) No |

**The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.**

### TORT CLAIMS
#### (Attach additional sheets as necessary)

A.     Documented medical expenses to date:
1.      Total hospital expenses.................................................................................$      5,795.82
2.      Total Doctor expenses...................................................................................$      8,103.00
3.      Total chiropractic expenses...........................................................................$      0.00
4.      Total physical therapy expenses....................................................................$      8,645.00
5.      Total other expenses....................                                                                 $
                                                                                             Subtotal    $    22,543.82
B.     Documented lost wages and compensation to date...............................................$      0.00
C.     Documented property damages to date................................................................$      0.00
D.     Reasonable anticipated future medical and hospital expenses......unknown.................   $      0.00
E.     Reasonable anticipaged lost wages....................................................................$      0.00
F.     Other documented items of damages (describe):
                                                                                                          $      0.00
G.     Brief description of plaintiff's injury, including nature and extent of injury (describe):
          Plaintiff injured her left ankle when she slipped and fell, upon entering Defendant's premises,
       on a substance which was left on the floor.                                              $      0.00
                                                                                             TOTAL    $      0.00

### CONTRACT CLAIMS
#### (Attach additional sheets as necessary)

Provide a detailed description of claim(s):

                                                                                             TOTAL $

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT:

**"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of various methods."**

| Signature of Attorney of Record | Charles D. Mulcahy    DATE:    June 19, 2013 |
|---|---|

A.O.S.C. 2003                                                                    TurboLaw (800) 518-8726 – c.g.f.

# Commonwealth of Massachusetts
## County of Norfolk
## The Superior Court

*?*

CIVIL DOCKET # NOCV2013-00921-C
Courtroom CtRm 20

RE:   **Feeney v Target Corporation**
TO:

Charles D Mulcahy, Esquire
Wynn & Wynn
90 New State Highway
Raynham, MA 02767

# DIARIED

## SCHEDULING ORDER FOR  F  TRACK

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated, and case shall be resolved and judgment shall issue **04/12/2015**.

| STAGES OF LITIGATION | DEADLINES | | |
| --- | --- | --- | --- |
| | SERVED BY | FILED BY | HEARD BY |
| Service of process made and return filed with the Court | 09/19/2013 | 09/19/2013 | |
| Response to the complaint filed (also see MRCP 12) | | 10/19/2013 | |
| All motions under MRCP 12, 19, and 20 | 10/19/2013 ✓ | 11/18/2013 ✓ | 12/18/2013 |
| All motions under MRCP 15 | 10/19/2013 ✓ | 11/18/2013 ✓ | 12/18/2013 |
| All discovery requests and depositions served and non-expert depositions completed | 04/17/2014 ✓ | | |
| All motions under MRCP 56 | 05/17/2014 ✓ | 06/18/2014 ✓ | |
| Final pre-trial conference held and/or firm trial date set | | | 10/14/2014 |
| Case shall be resolved and judgment shall issue by **04/12/2015** | | | 04/12/2015 |

The final pre-trial deadline is ~~not the scheduled date of the conference~~.
You will be notified of that date at a later time.
Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.

Dated: 06/21/2013

Walter F. Timilty
Clerk of the Court

Telephone:

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 58-8130 --Check website as to status of case: http://ma-trialcourts.org/tcic 1281931 notsent fastsrv